UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERINI BUILDING COMPANY, INC., an
ARIZONA corporation, and PERINI/L.S.
BRINKER, a Michigan joint venture,

    Plaintiffs,

v.                                                    Case No. 05-73969

DAVID AGNELLO, and
TRE BUILDERS, L.L.C., a Nevada
corporation,                                   HONORABLE AVERN COHN

    Defendants.
_____/

## ORDER DENYING MOTION TO QUASH

      This is a business dispute. Plaintiff Perini Building Co. employed defendant David Agnello to assist in negotiations with MGM Grand Detroit, LLC to obtain a contract for Perini to build the MGM casino. Agnello later formed his own company and eventually obtained the contract work previously awarded to Perini. Perini is suing Agnello for breach of employment contract and for tortious interference with Perini's business expectancy.

      Before the Court is Non-Party Deponents MGM Grand Detroit, L.L.C., MGM Grand Mirage, Inc., and MGM Grand Detroit, Inc., Motion to Quash Subpoenas. For

1

**05-73969 Perini Bldg Co. v. Agnello, et al**

the reasons stated on the record at a hearing on July 25, 2006, the motion is DENIED within the limitations stated on the record.

    SO ORDERED.


Dated: July 26, 2006                    s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 26, 2006, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160