UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERINI BUILDING COMPANY, INC.,
et al,
        Plaintiff(s),                  CIVIL ACTION NO. 05-73969

v.                                      HONORABLE AVERN COHN

DAVID AGNELLO, et al,
        Defendant(s).
_____/

**ORDER STRIKING DEFENDANTS MOTION FOR SUMMARY JUDGMENT (D/E 44) AND EXHIBIT 20-1 (D/E 45) AND DIRECTING DEFENDANTS TO RE-FILE THE DOCUMENTS**

On March 16, 2007 the Defendants filed a motion for summary judgment and related exhibits. On March 19, 2007 the parties filed a stipulation to strike certain confidential exhibits from the docket and place them under seal. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Clerk is directed to strike the motion for summary judgment (D/E 44) and exhibit 20-1 (D/E 45) and remove the images from the docket.

IT IS FURTHER ORDERED that Defendants are directed to re-file the motion for summary judgment and non confidential exhibits electronically and file the confidential exhibits in accordance with the Court's Electronic Filing Policies and Procedures Rule 18(c).

SO ORDERED.

Dated: March 22, 2007                       s/Avern Cohn
                                                     AVERN COHN
                                                     UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 22, 2007, by electronic and/or ordinary mail.

                                       s/Julie Owens
                                       Case Manager
                                       (313) 234-5160