UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERINI BUILDING COMPANY, INC.,
an Arizona corporation, and PERINI/L.S.
BRINKER, a Michigan joint venture,

    Plaintiffs/Counter-Defendants,

v.                                                           Case No. 05-73969

DAVID AGNELLO, an                           HONORABLE AVERN COHN
individual, and TRE BUILDERS, LLC, a
Nevada corporation,

    Defendants/Counter-Plaintiffs.

_____/

## ORDER GOVERNING PRETRIAL MATTERS

This is a business dispute arising out of an employment relationship. The joint final pretrial order has been filed. On January 8, 2008, the Court held a status conference to deal with pretrial matters. This order memorializes the Court's rulings at the conference to bring the case to trial.

1. Each side shall have twenty (20) trial hours, excluding opening statements and closing arguments.

2. Trial shall begin on **Monday, March 24, 2008 at 9:00 a.m.**

3. Trial hours will generally be **9:00 a.m. to 1:00 p.m.**

4. On **Thursday, March 19, 2008 at 2:00 p.m.**, the Court will hold a hearing on various pretrial matters, as follows:

    - Defendants' Motions in Limine

    - Objections to exhibits

- Jury instructions

- Verdict form

- Issues likely to arise at trial

5. In advance of the hearing:

- Plaintiffs shall file an itemizations of their damages; defendants shall file an itemization of their damages

- Plaintiffs shall file jury instructions on the law of the case for their claims; defendants shall file jury instructions on the law of the case for their counterclaims

- Plaintiffs shall file a verdict form for their claims; defendants shall file a verdict form for their counterclaims

- Each party shall file exhibit books, with exhibits numbered for trial

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 9, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160